CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 17 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LINWOOD EARL CHANDLER,<br>    Plaintiff, | Civil Action No. 7:09-cv-00043 |
| v. | **ORDER** |
| C/O B. DUNFORD,<br>    Defendant. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's motion for injunctive relief (docket #3) is **DENIED as moot**; the plaintiff's motion to amend (docket # 13) is **DENIED**; the complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 17th day of April, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge